UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| SKF USA INC.,<br><br>        Plaintiff,<br><br>v.<br><br>COMMERCE BEARINGS<br>& COMPONENTS LLC,<br><br>        Defendant. | Civil Action No. 2:08-cv-15244<br><br>Honorable: Paul D. Borman<br>Magistrate: Virginia M. Morgan<br><br>**STIPULATED ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**STIPULATED ORDER PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(A)(1)(A)(II)**

Plaintiff SKF USA Inc. ("SKF") and Defendant Commerce Bearings and Components LLC ("Commerce"), having entered into a settlement agreement, pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(A)(ii), agree and stipulate that:

1. All claims raised by SKF against Commerce in the Complaint be hereby dismissed with prejudice;

2. Each party is to bear its own costs and attorneys' fees.

IT IS SO STIPULATED this 20th day of November, 2009.

| | |
|---|---|
| /s/ Matthew J. Lund | /s/ David B. Timmis |
| Matthew J. Lund (P48632) | David B. Timmis (P40539) |
| Pepper Hamilton LLP | Vandeveer Garzia |
| 100 Renaissance Center | 1450 W. Long Lake Rd. |
| Suite 3600 | Suite 100 |
| Detroit, MI  48243 | Troy, MI  48098 |
| Phone: (313) 259-7110 | (248) 312-2800 |
| lundm@pepperlaw.com | dtimmis@vgpclawlaw.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

-2-

IT IS SO ORDERED:  BY THE COURT:

Dated:  November  20   , 2009

                               s/Paul D. Borman
                              Hon. Paul D. Borman.
                              U.S. District Judge