UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| SKF USA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMERCE BEARINGS<br>& COMPONENTS LLC,<br><br>    Defendant. | Civil Action No.  2:08-cv-15244<br><br>Honorable:  Paul D. Borman<br>Magistrate:  Virginia M. Morgan<br><br>**STIPULATED ORDER FOR<br>PERMANENT INJUNCTION** |

### STIPULATED ORDER FOR PERMANENT INJUNCTION

Upon the Stipulation of Plaintiff SKF USA Inc. ("SKF") and Defendant Commerce Bearings and Components LLC ("Commerce"):

IT IS HEREBY ORDERED that Defendant Commerce Bearings and Components LLC, its officers, directors, employees, agents, servants, representatives, and in-house attorneys, and those persons in active concert or participation with them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from manufacturing, distributing, advertising, promoting, or selling bearings or related parts and materials that use any marks or names that simulate or infringe upon Plaintiff's SKF® trademarks or any other counterfeits, copies or comparable imitations thereof.

-2-

IT IS SO STIPULATED this 20th day of November, 2009.

| | |
|---|---|
| /s/ Matthew J. Lund | /s/ David B. Timmis |
| Matthew J. Lund (P48632) | David B. Timmis (P40539) |
| Pepper Hamilton LLP | Vandeveer Garzia |
| 100 Renaissance Center | 1450 W. Long Lake Rd. |
| Suite 3600 | Suite 100 |
| Detroit, MI  48243 | Troy, MI  48098 |
| (313) 259-7110 | (248) 312-2800 |
| lundm@pepperlaw.com | dtimmis@vgpclawlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  November 20, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 20, 2009.

                                              s/Denise Goodine
                                              Case Manager